tion & Dry Dock Company. William J. Burlee, trustee, appellant. Application of Froment & Co., lienors. No opinion. Motion to dismiss appeal denied.

MARLETTE et al., Respondents, v. TUMPOWSKI et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Arthur V. Marlette and others against Lena S. Tumpowski and others.

PER CURIAM. Motion to dismiss appeal granted, unless the appellants, within 20 days after service of a copy of this order, together with notice of entry thereof, procure the principal papers on appeal to be filed and served and pay to respondents' attorneys $10 costs of this petition, in which event said motion is denied.

MARQUETTE, Respondent, v. WATERTOWN THERMOMETER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Alice Marquette against the Watertown Thermometer Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

MARSH, Respondent, v. SILVER LAKE ICE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1905.) Action by Edwin T. Marsh against the Silver Lake Ice Company. No opinion. Judgment and order affirmed, with costs.

MARSH, Respondent, v. SILVER LAKE ICE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1905.) Action by Edwin T. Marsh against the Silver Lake Ice Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

MATECKI, Respondent, v. OSTER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by Ludowick Matecki against Michael Oster and another.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event, upon questions of fact. Held, that the findings of the jury that plaintiff was free from contributory negligence and the defendant guilty of negligence were against the weight of evidence.

WILLIAMS, J., dissents.

MENGLE, Respondent, v. McCLINTIC-MARSHALL CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) Action by Calvin Mengle against the McClintic-Marshall Construction Company.

PER CURIAM. Judgment and order affirmed, with costs. See 85 N. Y. Supp. 1012.

MILLER, J., dissents.

MERES, Respondent, v. DOMINICAN CONVENT OF OUR LADY OF THE ROSARY, Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Frederick R. Meres against the Dominican Convent of Our Lady of the Rosary. No opinion. Judgment affirmed by default, with costs.

MERES, Respondent, v. DOMINICAN CONVENT OF OUR LADY OF THE ROSARY, Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Action by Frederick R. Meres against the Dominican Convent of Our Lady of the Rosary. No opinion. Motion denied, with $10 costs.

MEYER, Respondent, v. BASSEL, Appellant, et al. (Supreme Court, Appellate Term, December 21, 1905.) Appeal from Municipal Court, Borough of Manhattan, Eleventh District. Action by David Meyer against Badie Bassel, impleaded. Judgment for plaintiff, and defendant appeals. Reversed. Jacob Levy, for appellant. Steuer & Hoffman, for respondent.

SCOTT, P. J. I can find in the case no evidence of delivery. All that plaintiff testifies to is that he delivered the goods "through my trucks," a fact of which he obviously could not have personal knowledge. The evidence of the sale is also very slight. In my opinion the judgment should be reversed, and a new trial granted, with costs to abide the event. All concur.

MINTRAM, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Edwin Mintram against the New York, Ontario & Western Railway Company. No opinion. Motion denied.

MITCHELL v. EINSTEIN. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Lucy B. Mitchell against David L. Einstein. No opinion. Motion denied, with $10 costs.

MOLLOY, Respondent, v. CITY OF NEW ROCHELLE, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Appeal from Trial Term, Westchester County. Action by Frank W. Molloy against the city of New Rochelle. From a judgment for plaintiff, and from an order denying a motion on the minutes for new trial, defendant appeals. Affirmed. William D. Sawyer, for appellant. L. Laflin Kellogg, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD, J. (dissenting). The plaintiff entered into a contract in writing with the defendant on the 19th day of February, 1901, for the widening, regulating, and grading of that part of Ninth street, in the city of New Rochelle, between a point opposite the entrance to Rochelle Park northerly to a point known as "Cooper's Corners," the city agreeing to pay therefor the sum of $27,100. The charter of the defendant (chapter 128, p. 163, of the Laws of 1899) provides in section 33 that